THE HONORABLE RONALD B. LEIGHTON



09-CV-05724-ORD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

|  |  |
|---|---|
| JERRY RICHARD, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>NORTHWEST PIPE, et al.,<br><br>            Defendants.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:09-cv-05724-RBL<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL |

[Caption continued on following page.]

| | |
|---|---|
| 1 | |
| 2 | PLUMBERS AND PIPEFITTERS LOCAL )  No. 3:09-cv-05791-RBL<br>UNION NO. 630 PENSION-ANNUITY ) |
| 3 | TRUST FUND, Individually and on Behalf of )  CLASS ACTION<br>All Others Similarly Situated, ) |
| 4 | Plaintiff, ) |
| 5 | vs. ) |
| 6 | NORTHWEST PIPE, et al., ) |
| 7 | Defendants. ) |

[PROPOSED] ORD GRANTING PLUMBERS AND
PIPEFITTERS ' MOTION FOR CONSOL., APPT.
AS LEAD PLAINTIFF, AND APPROVAL OF
SELECTION OF COUNSEL (3:09-cv-05724-RBL)

LOVELL MITCHELL & BARTH LLP
911 Western Avenue, Suite 308
Seattle, Washington 98104
Telephone: 206/432-8330 • Fax: 206/432-8331

Having considered Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Related Actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3. The Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby determines that Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund is appointed as Lead Plaintiff; and

4. Lead Plaintiff's selection of counsel is approved. Pursuant to §21D(a)(3)(B)(v), the law firm of Coughlin Stoia Geller Rudman & Robbins LLP is appointed as Lead Counsel and Lovell, Mitchell & Barth LLP is appointed as Liaison Counsel for the class.

IT IS SO ORDERED.

DATED: **2-25-10**

THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Submitted by:

LOVELL MITCHELL & BARTH LLP
KARL P. BARTH, WSBA No. 22780

_____S/ KARL P. BARTH_____
KARL P. BARTH

911 Western Avenue, Suite 308
Seattle, WA 98104
Telephone: 206/432-8330
206/432-8331 (fax)

[PROPOSED] ORD GRANTING PLUMBERS AND
PIPEFITTERS ' MOTION FOR CONSOL., APPT.
AS LEAD PLAINTIFF, AND APPROVAL OF
SELECTION OF COUNSEL (3:09-cv-05724-RBL)     - 1 -

LOVELL MITCHELL & BARTH LLP
911 Western Avenue, Suite 308
Seattle, Washington 98104
Telephone: 206/432-8330 • Fax: 206/432-8331

1

COUGHLIN STOIA GELLER
2    RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
3  BRIAN O. O'MARA
655 West Broadway, Suite 1900
4  San Diego, CA 92101-3301
Telephone: 619/231-1058
5  619/231-7423 (fax)

6  [Proposed] Co-Lead Counsel for Plaintiffs

7  SUGARMAN & SUSSKIND
HOWARD S. SUSSKIND
8  100 Miracle Mile, Suite 300
Coral Gables, FL 33134
9  Telephone: 305/529-2801
305/447-8115 (fax)

10

Additional Counsel for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26